IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LORI MORGAN | : | CIVIL ACTION |
| v. | : | |
| MANN BRACKEN | : | NO. 09-cv-03270-JF |

ORDER

AND NOW, this 26th day of January 2010, upon consideration of plaintiff's motion for counsel fees, and defendant's response, IT IS ORDERED:

That plaintiff is awarded counsel fees in the amount claimed, to wit: $5,115.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.